# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Goodman, Jonathan | **2. Court or Organization**<br><br>District Court -- Southern District of Florida | **3. Date of Report**<br><br>06/07/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time United States Magistrate Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

James Lawrence King Federal Justice Building
Room 1168
99 N.E. 4th Street
Miami, FL 33131

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Akerman Senterfitt 401(k) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2016 | Teaching stipend, University of Miami School of Law | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▓▓▓▓▓ (salary) |
| 2. 2016 | ▓▓▓▓▓ (salary) |
| 3. 2016 | ▓▓▓▓▓▓▓ (salary) |
| 4. 2016 | ▓▓▓ (stipend) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 2. Northwestern Mutual Whole Life Policy (cash value) | | None | | | Distributed | 08/15/16 | K | D | |
| 3. Mass. Mutual Whole Life Policy (cash value) | | None | | | Distributed | 03/31/16 | L | E | |
| 4. Rental Property #1, Lauderhill, FL | D | Rent | L | W | | | | | |
| 5. IRA#1 (H) | | | | | | | | | |
| 6. BankUnited (cash account) | A | Interest | K | T | | | | | |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. Janus, Growth & Income Fund | A | Dividend | J | T | | | | | |
| 9. Janus, Contrarian Fund D Shares | A | Dividend | K | T | Redeemed (part) | 08/15/16 | K | | |
| 10. Janus, Perkins Mid Cap Value Fund D | B | Dividend | K | T | | | | | |
| 11. Janus, Itech U.S. Core Fund D | A | Dividend | J | T | | | | | |
| 12. Brokerage Account #2 (H) | | | | | | | | | |
| 13. Vanguard, Growth Index Fund Inv. | A | Dividend | J | T | | | | | |
| 14. Vanguard, U.S. Growth Fund Investor | A | Dividend | J | T | | | | | |
| 15. Vanguard, Windsor II Fund Inv. | A | Dividend | K | T | | | | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. T. Rowe Price, Health Sciences | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price New Am. Growth | D | Dividend | M | T | | | | | |
| 19. T. Rowe Price New Horizons | D | Dividend | M | T | | | | | |
| 20. T. Rowe Price Science & Techn. | B | Dividend | L | T | | | | | |
| 21. IRA #3 (H) | | | | | | | | | |
| 22. Neuberger/Berman Large Cap Value Investor | B | Dividend | K | T | | | | | |
| 23. IRA #4 (H) | | | | | | | | | |
| 24. Neuberger/Berman Large Cap Value Investor | B | Dividend | K | T | | | | | |
| 25. IRA #5 (H) | | | | | | | | | |
| 26. Equivest Com Stock Index | A | Dividend | J | T | | | | | |
| 27. Equivest Equity 500 Index | A | Dividend | J | T | | | | | |
| 28. Equivest Multimanager Aggr. Equity | A | Dividend | J | T | | | | | |
| 29. EQ/International Equity Index | A | Dividend | J | T | | | | | |
| 30. IRA #6 (H) | | | | | | | | | |
| 31. Vanguard Windsor II Fund Inv. | B | Dividend | K | T | | | | | |
| 32. Vanguard 500 Index Fund Adm. | A | Dividend | K | T | | | | | |
| 33. IRA #7 (H) | | | | | | | | | |
| 34. Vanguard Windsor II Fund Inv. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #8 (H) | | | | | | | | | |
| 36. Bank of America Sweep Account (cash account) | A | Interest | J | T | | | | | |
| 37. Alliance Bernstein Global Thematic Growth Fund CL C | | None | J | T | | | | | |
| 38. Blackrock S&P 500 Fund Investor A CL | A | Dividend | J | T | | | | | |
| 39. Blackrock Basic Value Fund Inc A | A | Dividend | J | T | | | | | |
| 40. Blackrock Pacific Fund A | A | Dividend | J | T | | | | | |
| 41. Columbia Seligman Communications & Info Fund CL C | | None | J | T | | | | | |
| 42. Columbia Emerging Markets Fund CL C | | None | J | T | | | | | |
| 43. Goldman Sachs U.S. Eq. Insights Fund CL A | A | Dividend | J | T | | | | | |
| 44. MFS Total Return Bond Fund CL B | A | Dividend | J | T | | | | | |
| 45. IRA# 9 (H) | | | | | | | | | |
| 46. Wells Fargo Bank Deposit Sweep Account (cash account) (Y) | | | | | | | | | |
| 47. American Funds, Income Fund of America | B | Dividend | L | T | | | | | |
| 48. Broadview Fds, Tr Opportunity Fund | | None | | | Sold | 07/08/16 | K | | |
| 49. Columbia Select Large Cap Growth Fund | | None | L | T | | | | | |
| 50. Dodge & Cox Stock Fund | B | Dividend | M | T | | | | | |
| 51. Dodge & Cox Income Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Fundamental Invs Inc | B | Dividend | M | T | Sold<br>(part) | 10/17/16 | J | | |
| 53.  Goldman Sachs Tr Finl Square Treas Instrs Fund | A | Dividend | | | Sold<br>(part) | 01/11/16 | J | | |
| 54. | | | | | Sold<br>(part) | 04/08/16 | J | | |
| 55. | | | | | Sold | 07/08/16 | J | | |
| 56.  Harris Assoc Invt Tr Oakmark Fund | B | Dividend | L | T | | | | | |
| 57.  JP Morgan Tr II Core Bond Fund Select | C | Dividend | L | T | | | | | |
| 58.  Principal Funds Inc Midcap Fund Inst. | A | Dividend | K | T | | | | | |
| 59.  American Funds, Europacific Growth Fund | B | Dividend | L | T | | | | | |
| 60.  Oppenheimer Developing Markets | A | Dividend | K | T | | | | | |
| 61.  Oppenheimer Int'l Bond Fund | C | Dividend | L | T | | | | | |
| 62.  Pimco Fds Pac Invt Mgmt Ser Emerging Markets Bond Fund | B | Dividend | K | T | | | | | |
| 63.  Principal Fds Inc High Yield Fund | C | Dividend | K | T | | | | | |
| 64.  Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 65.  Voya SER FD INC Small CO FD CL I | A | Dividend | K | T | Buy | 07/11/16 | K | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 16-24: IRA designation included in headers only; does not indicate a change in holdings.
Part VII, line 36: Name change; see 2015, line 52.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 06/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544